UNITED STATES of America,
Plaintiff–Appellee,

v.

Phillip BOOKHARD, Defendant–Appellant.

No. 01–7136.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 26, 2001.

Decided Jan. 11, 2002.

Phillip Bookhard, Pro Se. Stacey Denise Haynes, Office of the United States Attorney, Columbia, SC, for Appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Phillip Bookhard seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Bookhard,* Nos. CR–97–839; CA–99–3301–5–24 (D.S.C. filed May 1, 2001; entered May 2, 2001). We deny the Government's motion to dismiss for failure to comply with the Federal Rules of Appellate Procedure. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*